STATE v. MARLEY

No. 351P97

Case below: 126 N.C.App. 832

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 September 1997.

STATE v. McHONE

No. 148A91-2

Case below: Surry County Superior Court

Motion by Attorney General to vacate certiorari review for defendant's failure to timely file brief denied 4 September 1997.

STATE v. ROUSE

No. 120A92-2

Case below: Randolph County Superior Court

Motion by defendant (Rouse) to hold petition for writ of certiorari in abeyance allowed 4 September 1997.

STATE v. SMITH

No. 374P97

Case below: 126 N.C.App. 832

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 September 1997.

STATE v. WILLIAMSON

No. 312PA97

Case below: 126 N.C.App. 439

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question denied 4 September 1997. Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 4 September 1997.